**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Steven Dewayne BOND, Defendant–
Appellant.**

**No. 98–50074.**

United States Court of Appeals,
Fifth Circuit.

May 31, 2000.

Joseph H. Gay, Jr., Asst. U.S. Atty., Margaret Feuille Leachman (argued), San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes (argued), San Antonio, TX, for Defendant–Appellant.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before KING, Chief Judge, and DUHÉ and DeMOSS, Circuit Judges.

DUHÉ, Circuit Judge:

The Supreme Court has reversed the judgment of this Court[1] which affirmed the district court's denial of Defendant's Motion to Suppress. *Steven Dewayne Bond v. United States,* —— U.S. ——, 120 S.Ct. 1462, 146 L.Ed.2d 365 (U.S.). Accordingly, we vacate the judgment of the district court denying Defendant's Motion to Suppress and remand this case to the district court for further proceedings in accordance with the decision of the Supreme Court.

SO ORDERED.

---

**1.** *United States v. Steven Dewayne Bond,* 167 F.3d 225 (5th Cir.1999).